TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN















TEXAS COURT OF APPEALS, THIRD
DISTRICT, AT AUSTIN

 

 




 
 
 NO.  03-12-00471-CV
 
 




 

 

In re John M.
Sigman

 

 

D. H. a/k/a D. T., Appellant

 

v.

 

Texas Department of Family and Protective Services,
Appellee

 

 

 




 
 
 FROM THE 345th
 District Court OF Travis COUNTY,
 
 NO. D-1-FM-11-000099,
 The Honorable Scott H. Jenkins, JUDGE PRESIDING
 
 




 


 
 
                                          O
 R D E R   T O   S H O W  
 C A U S E
 PER CURIAM
                       This is a contempt
 proceeding ancillary to the appeal of D. H. a/k/a D. T. 
 The subject of this proceeding is John M. Sigman, appellant’s attorney.
                       Appellant filed her
 notice of appeal on July 16, 2012, and her brief was due September 25, 2012.  On September 28, 2012, we ordered counsel
 to file appellant’s brief no later than October 15, 2012.  On October 22, 2012, Mr. Sigman submitted a
 motion to extend the deadline for filing appellant’s
 brief.  Appellant’s brief, however, has
 not been filed. 
                       Therefore,
 it is hereby ordered that John M.
 Sigman shall appear in person before this Court on Wednesday, November
 14, 2012, at 9:00 a.m., in the Third Court of Appeals courtroom, located on
 the first floor of the Price Daniel, Sr. Building, 209 West 14th Street, in
 Austin, Travis County, Texas, to show cause why he should not be held in
 contempt and have sanctions imposed for his failure to obey our September 28,
 2012, order.  This order to show
 cause will be withdrawn and Mr. Sigman will be relieved of his obligation to
 appear before this Court as ordered above if the Clerk of this Court
 receives appellant’s brief before November 14, 2012.
 It is ordered on October 23, 2012.
  
 Before Chief Justice
 Jones, Justices Rose and Goodwin